NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY CHAMBERS, )
)
        Appellant, )
)
v. )      Case No. 2D19-1172
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Sarasota
County; Stephen M. Walker, Judge.

Anthony Chambers, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.